IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELVIN TODD BURK,

    Petitioner,                   No. CIV S-08-1916 DAD P

    vs.

UNKNOWN,

    Respondent.             ORDER

_____/

        On August 14, 2008, petitioner filed a letter requesting that the court grant him a six month extension to file his petition for a writ of habeas corpus. No pleading has been filed by petitioner and he has not submitted the filing fee or an application to proceed in forma pauperis. The court cannot grant petitioner an extension because he has not properly commenced an action in this court. The court will direct the Clerk of the Court to provide petitioner with the court's form petition for a writ of habeas corpus and an application to proceed in forma pauperis. Petitioner is advised that he need not file a memorandum of points and authorities, legal arguments or exhibits at this time.

        Petitioner is cautioned that the habeas corpus statute imposes a one year statute of limitations for filing non-capital habeas corpus petitions in federal court. In most cases, the one year period will start to run on the date on which the state court judgment became final by the

conclusion of direct review or the expiration of time for seeking direct review, although the statute of limitations is tolled while a properly filed application for state post-conviction or other collateral review is pending. See 28 U.S.C. § 2244(d).

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's August 14, 2008 request for an extension of time is denied;

2. The Clerk of the Court is directed to provide petitioner with the court's form petition for a writ of habeas corpus by a state prisoner and the application to proceed in forma pauperis.

DATED: September 22, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
burk1916.ord

2