IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELVIN TODD BURK,

    Petitioner,               No. CIV S-08-1916 DAD P

   vs.

D.K. SISTO, Warden,

    Respondent.          ORDER

_____/

      Petitioner, a state prisoner proceeding pro se, has filed an amended application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.[1]

      Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondent will be directed to file a response to petitioner's amended application.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. Respondent is directed to file a response to petitioner's amended application, filed on October 28, 2008, within sixty days from the date of this order. See Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by any and all transcripts or other

---

[1] Petitioner has also filed an application to proceed in forma pauperis. The court will deny the application as unnecessary since petitioner has paid the filing fee.

1

documents relevant to the determination of the issues presented in the amended application. See Rule 5, Fed. R. Governing § 2254 Cases;

    2. Petitioner's reply, if any, shall be filed and served within thirty days of service of an answer;

    3. If the response to petitioner's amended application is a motion, petitioner's opposition or statement of non-opposition shall be filed and served within thirty days of service of the motion, and respondents' reply, if any, shall be filed within fifteen days thereafter;

    4. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's amended application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. No. 7) on Michael Patrick Farrell, Senior Assistant Attorney General; and

    5. Petitioner's application to proceed in forma pauperis (Doc. No. 8), filed on October 28, 2008, is denied without prejudice.

DATED: November 4, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
burk1916.100

2